UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE BAKER, an individual,

       Plaintiff,

v.                        Case No: 2:17-cv-57-FtM-99MRM

NAPLES URGENT CARE, PL, a
Florida limited liability
company and ROBERT MCGANN,
an individual,

       Defendants.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #33), filed
June 26, 2017, recommending that that the Joint Motion to Approve
Settlement and to Dismiss With Prejudice (Doc. #32) be denied
without prejudice. No objections have been filed and the time to
do so has expired.

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation. 28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983). In the absence of specific
objections, there is no requirement that a district judge review
factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9
(11th Cir. 1993), and the court may accept, reject or modify, in

whole or in part, the findings and recommendations. 28 U.S.C. §
636(b)(1). The district judge reviews legal conclusions *de novo*,
even in the absence of an objection. See <u>Cooper-Houston v.
Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro
Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993),
<u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

The Magistrate Judge recommends denial because numerous
issues preclude a finding of fairness and reasonableness. More
specifically, the Settlement Agreement Pursuant to the Fair Labor
Standards Act (Doc. #32-1) fails to delineate what portion of the
proceeds is attributable to back wages, and what portion
constitutes liquidated damages. Further, the parties failed to
specify the amount of fees to be paid to counsel for plaintiff,
yet included language that counsel would otherwise bear their own
costs and attorneys' fees. Lastly, the Magistrate Judge noted
that there was no rationale provided for plaintiff's recovery to
be reduced if defendant Baker pays by the end of the year. The
recommendation was for denial without prejudice to the parties
electing an option to either file an amended motion, or a Case
Management Report no later than August 11, 2017.

After conducting an independent examination of the file and
upon due consideration of the Report and Recommendation, the Court
accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.     The Report and Recommendation (Doc. #33) is hereby **adopted** and the findings **incorporated** herein.

2.     The parties' Joint Motion to Approve Settlement and to Dismiss With Prejudice (Doc. #32) is **denied without prejudice** to the parties electing an option and complying **no later than August 11, 2017.**

**DONE and ORDERED** at Fort Myers, Florida, this ___12th___ day of July, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties