UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE BAKER, an individual,

    Plaintiff,

v.   Case No: 2:17-cv-57-FtM-99MRM

NAPLES URGENT CARE, PL, a Florida limited liability company and ROBERT MCGANN, an individual,

    Defendants.

**ORDER**

This matter comes before the Court on the parties' Joint Motion [to] Dismiss With Prejudice (Doc. #38) filed on August 1, 2017. The parties reached a settlement at mediation, and have stipulated to the dismissal of the case. The parties state that plaintiff will receive full compensation "without compromise" for claims brought under the Fair Labor Standards Act (FLSA), which is confirmed by Addendum (Doc. #38-1) detailing that the total amount represents an amount for both all of plaintiff's back wages and an equal amount for liquidated damages. The attorney's fees and costs were also negotiated separately, and any early payment incentive would come out of the attorney's fees. The Court finds that there was no compromise, as supplemented by the Addendum created in response to the Report and Recommendation (Doc. #33) and Opinion and Order (Doc. #36) adopting same.

As a result, the Court finds that no review of the settlement is necessary, <u>Lynn's Food Stores, Inc. v. United States Dep't of Labor</u>, 679 F.2d 1350, 1352 (11th Cir. 1982), and a case is otherwise deemed dismissed upon the filing of a stipulation for dismissal, <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties' Joint Motion [to] Dismiss With Prejudice (Doc. #38) is **granted** to the extent that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' joint motion.

**DONE and ORDERED** at Fort Myers, Florida, this __4th__ day of August, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record